UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO G. MORENO, ESTHER L. LOPEZ, FRANCISCO OROZCO, ABRAHAM ORTIZ, JAVIER GARCIA, FLORENCIA GUTIERREZ, and ISRAEL LOPEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., J.L. PADILLA & SONS LABOR SERVICE, INC., MELBA NUNEZ CONTRACTING (form unknown), and Does 1 to 20, inclusive,<br><br>    Defendants. | CIV-F-12-0556 AWI JLT<br><br>ORDER VACATING HEARING DATE OF JULY 16, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have filed a motion to dismiss for failure to state a claim.  Plaintiffs oppose the motion.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 16, 2012 is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

**IT IS SO ORDERED.**

**Dated:**     July 12, 2012
                                **CHIEF UNITED STATES DISTRICT JUDGE**

1