UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.<br><br>　　　　Defendants. | Case No.: 1:12-cv-00556 - AWI - JLT<br><br>ORDER VACATING THE HEARING DATE OF MAY 7, 2014<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE STAY (Doc. 31)<br><br>ORDER SETTING SCHEDULING CONFERENCE |

　　　　On March 29, 2013, the Court entered a stay in this action pending resolution of the motion for class certification in *Soto v. Castlerock*, Case No. 1:09-0701-AWI-JLT. (Doc. 29.) On January 16, 2014, the Court issued its order denying the motion for class certification in *Soto*. In light of the resolution of the motion for class certification, Plaintiffs now seek to lift the stay. (Doc. 31.) Defendants report that they do not oppose Plaintiff's motion to lift the stay. (Doc. 34 at 2.) However, there is significant disagreement as to how the case should proceed once the stay is lifted. However, these issues are best addressed at a scheduling conference once the parties have met and conferred.

　　　　Because the parties agree it is appropriate for the stay to be lifted, the Court finds the matter suitable for decision without oral arguments pursuant to Local Rule 230(g). Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　The hearing date of May 7, 2014 is **VACATED**;

1

2. Plaintiffs' motion to lift the stay is **GRANTED** and the stay previously ordered on March 29, 2013 (Doc. 29) is **LIFTED**;

3. The Court sets a scheduling conference on May 29, 2014 at 10:00 a.m.  Telephonic appearances via Courtcall are authorized;

4. The parties **SHALL** meet and confer to prepare a Joint Scheduling Report, as set forth in the order issued on April 10, 2012 (Doc. 4), that **SHALL** be filed no later than **May 22, 2014**.

IT IS SO ORDERED.

Dated:   **May 6, 2014**                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE