UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.<br><br>　　　　Defendants. | Case No.: 1:12-cv-00556 - AWI - JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Doc. 37) |

Before the Court is the stipulation to continue the scheduling conference. (Doc. 37) Counsel for Defendant explains that he will be away and unable to attend the conference. Id. at 2. Thus, good cause appearing, the Court **ORDERS**:

1.　　The stipulation is **GRANTED**. The scheduling conference is continued from May 29, 2014 to **June 17, 2014** at **9:00 a.m.** Telephonic appearances via CourtCall are authorized.

IT IS SO ORDERED.

Dated:　**May 12, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1