UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.<br><br>        Defendants. | Case No.: 1:12-cv-00556 - AWI - JLT<br><br>ORDER TO COUNSEL TO FILE A JOINT STATEMENT INDICATING WHETHER THEY STIPULATE TO THE FILING OF THE FIRST AMNEDED COMPLAINT<br><br>(Doc. 41) |

    Before the Court is the stipulation to allow Plaintiffs to file their first amended complaint. (Doc. 410  However, after Defendants agreed to allow the filing and signed the stipulation, Plaintiffs modified the complaint but, seemingly, believe the stipulation is still valid; it is not.

    Therefore, **within 10 days**, the parties **SHALL** file a new stipulation indicating their agreement to the filing of the first amended complaint as modified **or** Plaintiffs SHALL file their motion to amend the complaint.

IT IS SO ORDERED.

    Dated:   **July 7, 2014**                   **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE