# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CASTLEROCK FARMING AND TRANSPORT, INC., et al. <br><br> Defendants. | Case No.: 1:12-cv-00556 - AWI - JLT <br><br> ORDER GRANTING STIPULATION TO FILE THE FIRST AMENDED COMPLAINT <br><br> (Doc. 43) |

Before the Court is the stipulation to allow Plaintiffs to file their first amended complaint. (Doc. 43)  Good cause appearing, the Court **ORDERS**:

1. The stipulation to allow the filing of the first amended complaint is **GRANTED**;
2. Within two court days, Plaintiffs SHALL file their first amended complaint attached to the stipulation (Doc. 43);
3. Defendants SHALL respond to the complaint within 45 days of the electronic service related to the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:  **July 11, 2014**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1