UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CASTLEROCK FARMING AND TRANSPORT, INC., et al., <br><br> Defendants. | Case No. 1:12-CV-00556-AWI-JLT <br><br> ORDER GRANTING STIPULATION FOR DEFENDANTS TO FILE A RESPOJNSIVE PLEADING TO THE FIRST AMENDED COMPLAINT <br><br> (Doc. 48) |

Before the Court is the stipulation of counsel to extend the time for Defendants to file their responsive pleading to the first amended complaint. (Doc. 48) Counsel explain that Defendants J.L. Padilla & Sons Labor Service, Inc. and Melba Nuñez Contracting will need to secure new counsel due to potential conflicts with Defendant Good. Id. at 2.

Thus, good cause appearing, the Court **ORDERS**:

1.  The stipulation is **GRANTED**.  Defendants SHALL file their responsive pleadings no later than September 29, 2014.

IT IS SO ORDERED.

Dated:   **August 18, 2014**                    /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE