UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.,<br><br>          Defendants. | **Case No. 1:12-CV-00556-AWI-JLT**<br><br>ORDER GRANTING STIPULATION FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT<br><br>(Doc. 53) |

Before the Court is the stipulation of counsel to extend the time for Defendants to file their responsive pleading to the first amended complaint. (Doc. 53) Counsel explain that the newly retained attorney for Defendants J.L. Padilla & Sons Labor Service, Inc. and Melba Nuñez Contracting needs additional time to prepare the response. Id. at 2.

Thus, good cause appearing, the Court **ORDERS**:

1. The stipulation is **GRANTED**. Defendants SHALL file their responsive pleadings no later than October 15, 2014.

IT IS SO ORDERED.

Dated: **September 30, 2014**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE