UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, et al., ) | **Case No. 1:12-CV-00556-AWI-JLT** |
| ) | |
| Plaintiffs, ) | ORDER GRANTING AMENDED STIPULATION FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO |
| ) | |
| v. ) | THE FIRST AMENDED COMPLAINT |
| ) | |
| CASTLEROCK FARMING AND ) TRANSPORT, INC., et al., ) | (Doc. 58) |
| ) | |
| Defendants. ) | |

Last week the Court signed the order on the parties' stipulation to allow Defendants' J.L. Padilla & Sons Labor Service, Inc. and Melba Nuñez Contracting to delay filing their responsive pleading until October 15, 2014. (Doc. 58) Now the parties have filed an amended stipulation in which they clarify that they intended the stipulation to indicate that the extension of time should be through October 28, 2014. (Doc. 60) Thus, good cause appearing, the stipulation is **GRANTED**. Defendants **SHALL** file their responsive pleadings no later than October 28, 2014. **Absolutely no further extension of time will be entertained.**

IT IS SO ORDERED.

Dated:   **October 6, 2014**          /s/ Jennifer L. Thurston
                            UNITED STATES MAGISTRATE JUDGE