# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO, et al., <br><br> Plaintiff, <br><br> v. <br><br> CASTLEROCK FARMING AND TRANSPORT, INC., et al., <br><br> Defendant. | Case No.: 1:12-cv-0556 - AWI-JLT <br><br> ORDER CONSTRUING THE MOTION TO WITHDRAW AS A NOTICE OF APPEARANCE BY THOMAS A. SAENZ (Doc. 75) <br><br> ORDER DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET AND DESIGNATE THOMAS A. SAENZ AS LEAD ATTORNEY AND AN ATTORNEY TO BE NOTICED |

On August 23, 2018, Plaintiffs' counsel Miranda Galindo requested "to withdraw her appearance for the reason that she has accepted other employment and is no longer employed by the Mexican American Legal Defense and Educational Fund." (Doc. 75 at 2) Ms. Galindo asserts that "Thomas A. Saenz will continue to represent the Plaintiffs in this matter." (*Id.*)

Significantly, Mr. Saenz has not filed a notice of appearance on behalf of Plaintiffs in this action, and Plaintiffs have not indicated their consent to counsel such that the Court may construe the document as a substitution of counsel. Therefore, instead, the Court construes the motion to be a notice of appearance by Mr. Saenz.

///
///
///
///

1

Based upon the foregoing, the Court **ORDERS**:

1. The motion to withdraw is **CONSTRUED** as a notice of appearance by Thomas A. Saenz on behalf of Plaintiffs;

2. The Clerk of Court is **DIRECTED** to update the docket to indicate Thomas A. Saenz is the "Lead Attorney" and an "Attorney to Be Noticed" in this action, with the following contact information:

>    Thomas A. Saenz
>    Mexican American Legal Defense and Educational Fund
>    634 S. Spring St, 11th Floor
>    Los Angeles, CA 90014
>    Phone: 213-629-2512
>    Fax: 213-629-0266
>    Email: tsaenz@maldef.org

3. Within ten days of the date of service of this order, Mr. Saenz SHALL file a confirmation of receipt of this order, such that the Court may confirm his receipt of electronic filings in this action.

IT IS SO ORDERED.

Dated: **September 10, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE