1   GLYNN, FINLEY, MORTL,
    HANLON & FRIEDENBERG, LLP
2   JAMES M. HANLON, JR., Bar No. 214096
    MORGAN K. LOPEZ, Bar No. 215513
3   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
4   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
5   Facsimile: (925) 945-1975
    Email: jhanlon@glynnfinley.com
6         mlopez@glynnfinley.com

7   Attorneys for Defendants
    Castlerock Farming and Transport, Inc.,
8   And Albert L. Good

9                   UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

11

12  MARIA G. MORENO, ESTHER L.              )   **Case No. 1:12-CV-00556-AWI-BAK**
    LOPEZ, FRANCISCO OROZCO,               )   **(BAM)**
13  ABRAHAM ORTIZ, JAVIER GARCIA,          )
    FLORENCIA GUTIERREZ, and ISRAEL        )   [~~PROPOSED~~] STIPULATED ORDER
14  LOPEZ on behalf of themselves and all  )   REGARDING SUMMARY JUDGMENT
    other similarly situated,              )   BRIEFING SCHEDULE
15                                         )
                    Plaintiffs,            )   *Judge: Honorable Andrew W. Ishii*
16                                         )   *Magistrate Judge: Hon. Barbara A.*
         vs.                               )   *McAuliffe*
17                                         )
    CASTLEROCK FARMING AND                 )
18  TRANSPORT, INC., J.L. PADILLA &        )
    SONS LABOR SERVICE, INC., MELBA        )
19  NUNEZ CONTRACTING (form unknown),      )
    ALBERT L. GOOD, individual, and Does   )
20  2-20, inclusive,                       )
                                           )
21                  Defendants.            )
                                           )
22  _____   )

23

24

25

26

27

28

1    WHEREAS on July 7, 2022, the Court issued a minute order setting the following

2    briefing schedule for Castlerock Farming and Transport, Inc.'s ("Castlerock") joint employer

3    summary judgment motion and Defendant Albert L. Good's safe harbor summary judgment

4    motion: "Motion Filing Deadline: October 28, 2022; Opposition Deadline: February 17, 2023;

5    Reply Deadline: 14 days after date opposition filed" (Dkt. 98);

6    WHEREAS the Court's July 7 Order also recognized that "Defendants anticipate

7    completing depositions of the named plaintiffs in advance of filing any summary judgment

8    motion" (*id.*);

9    WHEREAS counsel for Castlerock and Mr. Good and counsel for Plaintiffs have been

10   meeting and conferring diligently since July to schedule Plaintiffs' depositions but have been

11   unable to do so due to scheduling conflicts, including a trial set for September 26, 2022, in Los

12   Angeles County Superior Court;

13   WHEREAS the parties anticipate that Plaintiffs' depositions will take place in the latter

14   half of October, 2022; and

15   WHEREAS counsel for Castlerock and Mr. Good and counsel for Plaintiffs have also

16   given significant focus and attention to settlement discussions, which would obviate the need for

17   summary judgment motions, and anticipate continuing to do so as the case progresses;

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    It is hereby STIPULATED AND AGREED, by and between Castlerock, Mr. Good, and

2  Plaintiffs that Castlerock's joint employer summary judgment motion and Mr. Good's safe

3  harbor summary judgment motion shall be due December 21, 2022, Plaintiffs' opposition

4  deadline shall be April 5, 2023, and defendants' reply deadline shall be 14 days after the date the

5  opposition is filed.

6    September 22, 2022                    So Stipulated,

7                                            /s/ Andres Holguin-Flores
                                            Andres Holguin-Flores
8                                            MEXICAN AMERICAN LEGAL DEFENSE AND
                                            EDUCATIONAL FUND
9                                            *Attorneys for Plaintiffs*

10

11                                            /s/ James M. Hanlon, Jr.
                                            James M. Hanlon, Jr.
12                                            GLYNN, FINLEY, MORTL,
                                            HANLON & FRIEDENBERG, LLP Attorneys for
13                                            Defendants Castlerock Farming and Transport, Inc.,
                                            And Albert L. Good

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: SUMMARY JUDGMENT BRIEFING SCHEDULE Case No.: 1:12-cv-00556-AWI-BAK (BAM)

1                                          ORDER

2        Pursuant to the stipulation of the parties and for the reasons set forth therein, the Court

3 ORDERS that Castlerock Farming and Transport, Inc's joint employer summary judgment

4 motion and Albert L. Good's safe harbor summary judgment motion shall be due December 21,

5 2022, Plaintiffs' opposition deadline shall be April 5, 2023, and defendants' reply deadline shall

6 be 14 days after the date the opposition is filed.  Counsel are reminded that settlement

7 discussions do not constitute good cause for a continuance, and any future request on that basis

8 will be denied.

9

10 IT IS SO ORDERED.

11    Dated:   **October 4, 2022**              /s/ *Barbara A. McAuliffe*

12                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28