# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., *et al.*<br><br>Defendants. | Case No. 1:12-cv-00556-AWI-CDB<br><br>ORDER ON STIPULATION EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE<br><br>(ECF No. 102) |

      On April 10, 2012, Plaintiffs filed a class action complaint against Defendants. (ECF No. 1). On July 7, 2022, the Court held a status hearing and issued an order setting a briefing schedule for Defendant Castlerock Farming and Transport, Inc's ("Castlerock") joint employer summary judgment motion and Defendant Albert L. Good's safe harbor summary judgment motion. (ECF No. 98). On September 22, 2022, the parties filed a stipulation seeking an extension to the summary judgment briefing schedule. (ECF No. 99). On October 4, 2022, the Court issued an order on the parties' stipulation extending the motion filing date to December 21, 2022. (ECF No. 100).

      On December 14, 2022, the parties filed a second stipulation requesting an extension of time to complete briefing regarding Castlerock's joint employer summary judgment motion. (ECF No. 102). Based on the parties' representations and for good cause shown, it is HEREBY ORDERED:

      1. Castlerock's joint employer summary judgment motion shall be filed on or before March

20, 2023;

2. Plaintiffs' opposition shall be filed on or before July 3, 2023; and

3. Any reply by Castlerock shall be filed no later than 14 days after the date Plaintiffs' opposition is filed.

IT IS SO ORDERED.

Dated:  **December 15, 2022**                    _____
                                                                                  UNITED STATES MAGISTRATE JUDGE