UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., *et al.*<br><br>Defendants. | Case No. 1:12-cv-00556-AWI-CDB<br><br>ORDER ON THIRD STIPULATION EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE<br><br>(Doc. 106) |

On April 10, 2012, Plaintiffs filed a class action complaint against Defendants. (Doc. 1). After litigating and resolving numerous motions, on July 7, 2022, the Court held a status hearing and issued an order setting a briefing schedule for Defendant Castlerock Farming and Transport, Inc's ("Castlerock") joint employer summary judgment motion and Defendant Albert L. Good's safe harbor summary judgment motion. (Doc. 98).

On October 4, 2022, the Court issued an order on the parties' stipulation granting a first extension of the summary judgment motion filing date (to December 21, 2022) and briefing schedule. (Doc. 100). On December 16, 2022, the Court issued an order on the parties' stipulation granting a second extension of the summary judgment motion filing date (to March 20, 2023) and briefing schedule. (Doc. 103). Defendant Albert L. Good filed a motion for summary judgment on December 21, 2022. (Doc. 104). On March 2, 2023, Defendants filed a statement of noting death of Plaintiff Florencia Gutierrez. (Doc. 105).

Pending before the Court is the parties' stipulation requesting an extension of time to complete briefing regarding Castlerock's joint employer summary judgment motion. (Doc. 106). Based on the parties' representations and for good cause shown, it is HEREBY ORDERED:

1. Castlerock's joint employer summary judgment motion if any shall be filed on or before May 15, 2023;
2. Plaintiffs' opposition shall be filed on or before July 31, 2023; and
3. Any reply by Castlerock shall be filed no later than 14 days after the date Plaintiffs' opposition is filed.

IT IS SO ORDERED.

Dated: **March 20, 2023**

UNITED STATES MAGISTRATE JUDGE