UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., *et al.*,<br><br>   Defendants. | Case No. 1:12-cv-00556-JLT-CDB<br><br>ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF<br><br>(Doc. 142) |

On April 16, 2024, Defendants Castlerock Farming and Transport, Inc., and Albert L. Good filed a motion for summary judgment, to which Defendant J.L. Padilla & Sons Labor Service Inc. joined. (Docs. 140, 141).

Pending before the Court is Plaintiffs' stipulated motion for administrative relief. (Doc. 142). In the motion, the parties represent they are discussing potential settlement of all claims and request an additional six weeks for Plaintiffs to file an opposition to the motion for summary judgment. *Id*.

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED, the stipulated motion for administrative relief (Doc. 142) is GRANTED; and Plaintiff shall have until June 11, 2024, to file any opposition or statement of non-opposition to the motion for summary judgment (Doc. 140).

IT IS SO ORDERED.

Dated:   **April 29, 2024**

UNITED STATES MAGISTRATE JUDGE