UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., *et al*.,<br><br>Defendants. | Case No. 1:12-cv-00556-JLT-CDB<br><br>ORDER ON STPULATED REQUEST MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(Doc. 155) |

On June 10, 2024, Plaintiffs Esther L. Lopez, Israel Lopez, Maria G. Moreno, and Francisco Orozco ("Plaintiffs") filed a motion for leave to file a second amended complaint. (Doc. 148). On June 17, 2024, the parties filed a stipulated request to modify the briefing schedule regarding Plaintiffs' motion for leave to amend. (Doc. 155).

In light of the parties' stipulated representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' deadline to oppose Plaintiffs' motion for leave to file a second amended complaint is extended to July 3, 2024;

2. Plaintiffs' deadline to file a reply brief is extended to July 19, 2024; and

3. The July 15, 2024, motion hearing is reset to July 30, 2024, at 10:30 AM, before

1

Magistrate Judge Christopher D. Baker in Bakersfield Federal Courthouse, 510 19th Street, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated: __June 18, 2024__

UNITED STATES MAGISTRATE JUDGE