UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLEROCK FARMING AND TRANSPORT, INC., *et al.*, <br><br> Defendants. | Case No. 1:12-cv-00556-JLT-CDB <br><br> ORDER ON STPULATED REQUEST REGARDING MOTION FOR SUMMARY ADJUDICATION BRIEFING SCHEDULE <br><br> (Doc. 156) |

On April 16, 2024, Defendants Castlerock Farming and Transport, Inc., and Albert L. Good filed a motion for summary adjudication. (Doc. 140).[1] On June 13, 2024, the Undersigned extended *nunc pro tunc* the deadline by which Plaintiffs shall file an opposition or statement of non-opposition to the motion for summary adjudication. (Doc. 153). Plaintiffs filed an opposition to the motion for summary adjudication on June 14, 2024. (Doc. 154).

On June 17, 2024, the parties filed a stipulated request to modify the briefing schedule regarding the motion for summary adjudication. (Doc. 156).

In light of the parties' stipulated representations and good cause appearing, IT IS HEREBY

---

[1] On April 17, 2024, Defendant J.L. Padilla & Sons Labor Service, Inc. filed a notice of joinder for Defendants Castlerock Farming and Transport, Inc., and Albert L. Good's motion for summary adjudication. (Doc. 141).

1 ORDERED:

2     Defendants' deadline to file a reply in support of Defendants' motion for summary
3 adjudication is extended to July 3, 2024.

4 IT IS SO ORDERED.

5   Dated: **June 21, 2024**
6                                       UNITED STATES MAGISTRATE JUDGE