UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, et al., | Case No. 1:12-cv-00556-JLT-CDB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND RESPONSE THERETO |
| v. | |
| CASTLEROCK FARMING AND TRANSPORT INC., et al., | (Doc. 171) |
| Defendants. | |

**Relevant Background**

On November 6, 2024, the Court granted Plaintiffs' motion for leave to file a second amended complaint ("SAC"). (Doc. 168). Therein, Plaintiffs were ordered to file the SAC within (5) days of the entry of the order and Defendants to file their responses to the SAC within (45) days following service of the SAC. (*Id.* at 16). The parties were directed to meet and confer and provide a status report addressing (1) the scheduling of depositions of newly added plaintiffs and (2) whether Defendants' pending motion for summary judgment (Doc. 140) is moot and should be withdrawn or terminated. (*Id.*). Plaintiffs filed their SAC on November 7, 2024 (Doc. 169) and the parties filed the joint status report on November 20, 2024 (Doc. 170). The parties concur in the joint status report that Defendants' motion for summary judgment is moot in light of the Court's order granting Plaintiffs' motion for leave to file a SAC, and Defendants will prepare a notice withdrawing the motion. (Doc. 170 at 2).

1

**Stipulated Request to File a Third Amended Complaint**

Pending before the Court is Plaintiffs' Maria G. Moreno, Esther Lopez, Francisco Orozco, Ofelia Pena, Marcela Lopez, Elvis Perez, and Israel Lopez (collectively, "Plaintiffs") stipulated request to file a third amended complaint and for Defendants Castlerock Farming and Transport, Inc. ("Castlerock"), Albert L. Good, Melba Nunez Contracting, and J.L. Padilla & Sons Labor Service, Inc. (collectively, "Defendants") to file the response thereto. (Doc. 171).

The parties represent that the deadline for Defendants to respond to this pleading is December 20, 2024. (Doc. 171 at 1); *see* (Doc. 168 at 16). The parties represent that pursuant to the assigned district judge's standing order (Doc. 123), counsel for Defendants Castlerock and Good (collectively, the "Castlerock Defendants") have met and conferred with Plaintiffs' counsel regarding issues they intend to raise in a Federal Rule of Civil Procedure Rule 12(b)(6) motion responding to the SAC. (Doc. 171 at 1-2). In response to the meet and confer, Plaintiffs' counsel has agreed to file a third amended complaint ("TAC"). (*Id.* at 2). Thus, the parties stipulate and agree that Plaintiffs shall have (30) days from the entry of their stipulated request to file the TAC and Defendants' response thereto shall be due (45) days following service of the TAC. (*Id.*).

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs' third amended complaint shall be filed on or before **January 15, 2025**; and
2. Defendants' response to the third amended complaint shall be filed **within 45 days** following service of Plaintiffs' third amended complaint.

IT IS SO ORDERED.

Dated:   **December 16, 2024**                          _____
                                                                            UNITED STATES MAGISTRATE JUDGE