1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MORENO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CASTLEROCK FARMING AND<br>TRANSPORT INC., *et al*.,<br><br>        Defendants. | Case No. 1:12-cv-00556-JLT-CDB<br><br>ORDER GRANTING STIPULATED REQUEST<br>FOR PLAINTIFFS TO FILE A FIFTH AMENDED<br>COMPLAINT AND DEFENDANTS' RESPONSE<br>THERETO<br><br>(Doc. 188) |

### Relevant Background

On October 1, 2025, the Court granted Defendants' motion to dismiss Plaintiffs' third amended complaint with leave for Plaintiffs to file a fourth amended complaint. (Doc. 184). On November 17, 2025, Plaintiffs filed the fourth amended complaint. (Doc. 185). On November 20, 2025, the parties stipulated pursuant to Local Rule 144 to extend the time for Defendants' response to the fourth amended complaint to December 29, 2025. (Doc. 186); *see* Local Rule 144(a).

### Stipulated Request For Filing of a Fifth Amended Complaint and Response Thereto

Pending before the Court is the parties' stipulated request for Plaintiffs Maria G. Moreno, Esther Lopez, Francisco Orozco, Ofelia Pena, Marcela Lopez, Elvis Perez, and Israel Lopez (collectively, "Plaintiffs") to file a fifth amended complaint ("5AC") and for Defendants Castlerock Farming and Transport, Inc. and Albert L. Good (the "Castlerock Defendants") to file the response thereto. (Doc.

1

188).  The parties represent that they have met and conferred pursuant to the Court's standing order regarding issues they intend to raise in a Federal Rule of Civil Procedure 12(b)(6) motion responding to the fourth amended complaint, including allegations that the Castlerock Defendants believe contradict the deposition testimony provided by Plaintiffs Maria Moreno, Israel Lopez, and Esther Lopez.  *Id.* at 2.  The parties represent that counsel for Plaintiffs has agreed to file a 5AC to address any scrivener's errors and any apparent, alleged, or possible contradictions to any deposition testimony provided in this matter.  *Id.*  The parties therefore stipulate and request that Plaintiffs be permitted to file their 5AC on or before January 14, 2026, and Defendants shall file their response thereto on or before February 13, 2026.  *Id.*

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1.  Plaintiffs' fifth amended complaint shall be filed on or before **January 14, 2026**; and

2.  Defendants' response to the fifth amended complaint shall be filed on or before **February 13, 2026**.

IT IS SO ORDERED.

Dated:  __**December 19, 2025**__                    _____

UNITED STATES MAGISTRATE JUDGE