UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA G. MORENO, *et al.*,

Plaintiffs,

v.

CASTLEROCK FARMING AND TRANSPORT INC., *et al.*,

Defendants.

Case No. 1:12-cv-00556-JLT-CDB

ORDER DECLINING TO CERTIFY A CONSTITUTIONAL CHALLENGE TO THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

(Doc. 214)

On November 4, 2026, Castlerock filed its answer to the fifth amended complaint (Doc. 207) and a notice of constitutional question pursuant to Federal Rule of Civil Procedure 5.1 ("Rule 5.1") (Doc. 208). Castlerock asserts in its notice that the eleventh affirmative defense it advances in its answer "draws into question the constitutionality of a statute of the State of California," specifically, the carve-out provision codified at former California Labor Code section 226.2(g)(2) and sunset provision codified at former California Labor Code section 226.2(j). (Doc. 208 at 2). Among the two questions identified, Castlerock asserts a "Facial" challenge—to wit, that § 226.2(g) violates the Equal Protection Clause of the 14th Amendment to the U.S. Constitution and/or the California Constitution. *Id.* On November 5, 2026, the Court certified Castlerock's challenges to the Attorney General for the State of California. (Doc. 210).

On November 12, 2026, the six named Plaintiffs[1] filed a notice of constitutional question pursuant to Rule 5.1 (Doc. 214). They assert in their notice that California Labor Code section 226.2(b), "as applied to their accrued wage claims," works an unconstitutional taking in violation of the Fifth Amendment to the U.S. Constitution and the California constitution. *Id.* at 2.

Under Federal Rule of Civil Procedure 5.1(a), a party challenging the constitutionality of a state statute in an action where the state, a state agency, or an officer or employee in an official capacity is not a party must promptly file a notice of constitutional question and serve the notice on the state's Attorney General. In such circumstances, "[t]he court must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned." Fed. R. Civ. P. 5.1(b). The Attorney General may elect to intervene within 60 days after the notice is filed or the court certifies the challenge, whichever is earlier. Fed. R. Civ. P. 5.1(c).

"The validity of a statute is not drawn in question every time rights claimed under such statute are controverted." *Marquez v. KBMS Hospitality Corp*., 492 F. Supp. 3d 1058, 1066 (C.D. Cal. 2020) (quoting *United States v. Lynch*, 137 U.S. 280, 285 (1890)). "Rather, the validity of a statute is drawn in question only when the 'constitutionality, or legality of such statute or authority is denied, and the denial forms the *subject of direct inquiry*.'" *Id.* (quoting *Lynch*, 137 U.S. at 285) (emphasis added).

Here, unlike Castlerock's constitutional challenge, Plaintiffs assert an "as applied" challenge. Thus, because Plaintiffs' challenge does not require the State of California to defend the constitutionality of a statute before the Court declares it unconstitutional (which relief Plaintiffs do not seek in their fifth amended complaint and is not implicated by Castlerock's eleventh affirmative defense), the constitutionality of the statute is not "drawn into question" under 28 U.S.C. § 2403. Therefore, Rule 5.1 does not apply here.

///

[1] It is unclear from the docket why a seventh plaintiff, Francisco Orozco, who was joined to Plaintiffs' third amended complaint, is not a party to either the fourth amended complaint or the operative fifth amended complaint. Because the Court construes Plaintiffs' removal of Orozco from the operative complaint as a notice of voluntary dismissal, the Court will direct the Clerk of the Court in a separate order to terminate Orozco from this action.

Accordingly, it is HEREBY ORDERED that the Court declines to certify to the Attorney General for the State of California the constitutional challenge identified in Plaintiffs' notice (Doc. 214).

IT IS SO ORDERED.

Dated: **November 13, 2026**

UNITED STATES MAGISTRATE JUDGE